**Exhibit C**

**Spokane County Assessor's Online Tax Record for
Spokane County Tax Parcel No. 45204.1222**

See attached

25-01998-FPC13    Doc 42-3    Filed 01/12/26    Entered 01/12/26 15:28:21    Pg 1 of 4

# Parcel Information



**Parcel Number: 45204.1222**
**Site Address:    10623 E 10TH AVE**

**Data As Of: 1/12/2026**

**Parcel Image**

   

**Owner Name:** ZAIDI, ALIA
**Address:** 10623 E 10TH AVE, SPOKANE VALLEY, WA, 99206

**Taxpayer Name:** ZAIDI, ALIA
 **Address:** 10623 E 10TH AVE, SPOKANE VALLEY, WA, 99206

**Site Address**

| Parcel Type | Site Address | City | Land Size | Size Desc. | Description | Tax Year | Tax Code Area | Status |
|---|---|---|---|---|---|---|---|---|
| R | 10623 E 10TH AVE | SPOKANE VALLEY | 5645 | Square Feet | 11 Single Unit | 2025 | 0144 | Active |

**Assessor Description**
UNIVERSITY PL S 89FT OF LT 12 & S 89FT OF E 30FT OF LT 11 BLK 11, EXC CORD

**Appraisal**

| Parcel Class | Appraiser | Neighborhood Code | Neighborhood Name | Neighborhood Desc | Appraiser Name | Appraiser Phone |
|---|---|---|---|---|---|---|
| 11 Single Unit | **160** | 724559 | UNIVP | PLAT - UNIVERSITY PLACE | Jennifer | (509) 477-5918 |

Under Washington State Law (WAC 458-07-015) The Assessor's office is required to make an exterior observation of all properties at least once every six years.
**This property is scheduled for inspection between September 2028 and May of 2029.**

**Assessed Value**

| Tax Year | Taxable | Market Total | Land | Dwelling/Structure | Current Use Land | Personal Prop. |
|---|---|---|---|---|---|---|
| 2026 | 267,000 | 267,000 | 100,000 | 167,000 | 0 | 0 |
| 2025 | 258,700 | 258,700 | 70,000 | 188,700 | 0 | 0 |
| 2024 | 121,933 | 256,800 | 70,000 | 186,800 | 0 | 0 |
| 2023 | 228,800 | 228,800 | 66,500 | 162,300 | 0 | 0 |
| 2022 | 171,530 | 171,530 | 45,130 | 126,400 | 0 | 0 |

**Characteristics**

| Dwelling/ Structure | Year Built | Gross Living Area | Size | Type | House Type | Roof Material | Heat | Cool | Bedroom* | Half Bath* | Full Bath* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dwelling | 1925 | 1,104 | NA | SF | 13 Vintage 1.5 story 0 bsmt | Comp sh medium | Forced hot air-gas | Central air | 2 | 0 | 1 |
| Residential Detached Garage | 1963 | NA | 400 | SF | | | | | 0 | 0 | 0 |

**\* - Room counts reflect above grade rooms only.**

| Residential Sq Ft Breakdown | Sq Ft | Extension |
|---|---|---|
| 1st Floor | 800 | R01 |
| 1.5 | 304 | R01 |

| Features / Structure | Main Floor Size | Size Type |
|---|---|---|
| DWELL - Concrete Patio | 80 | SF |
| DWELL - Upper Roof Extension Canopy | 80 | SF |

| Land Number | Soil ID | Frontage | Depth | Lot(s) |
|---|---|---|---|---|
| 1 | R1SL | 80 | 89 | 1 |

**Sales**

| Sale Date | Sale Price | Sale Instrument | Excise Number | Parcel |
|---|---|---|---|---|
| 05/25/2021 | 252,000.00 | Statutory Warranty Deed | 202108330 | 45204.1222 |
| 03/09/2011 | 102,000.00 | Statutory Warranty Deed | 201102173 | 45204.1222 |
| 03/01/2006 | 0.00 | Quit Claim Deed | 200603411 | 45204.1222 |
| 10/17/2005 | 0.00 | Quit Claim Deed | 200521779 | 45204.1222 |
| 11/15/1976 | 17,290.00 | PORTION | | 45204.1222 |

**Property Taxes**

Taxes are due April 30th and October 31st

## Total Charges Owing: $0.00

| Tax Year | Charge Type | Annual Charges | Remaining Charges Owing |
|---|---|---|---|
| | **Total Taxes for 2025** | **2,787.37** | **0.00** |
| 2025 | A/V Property Tax | 2,699.56 | 0.00 |
| 2025 | Aquifer Principal HOUSE | 15.00 | 0.00 |
| 2025 | Soil Conservation Principal CNSV1 | 10.01 | 0.00 |
| 2025 | Stormwater Principal Spokane Valley RES1 | 61.00 | 0.00 |
| 2025 | Weed Control Principal WCWEED1 | 1.80 | 0.00 |
| | **Total Taxes for 2024** | **812.00** | **0.00** |
| 2024 | A/V Property Tax | 725.19 | 0.00 |
| 2024 | Aquifer Principal HOUSE | 15.00 | 0.00 |
| 2024 | Soil Conservation Principal CNSV1 | 10.01 | 0.00 |
| 2024 | Stormwater Principal Spokane Valley RES1 | 60.00 | 0.00 |
| 2024 | Weed Control Principal WCWEED1 | 1.80 | 0.00 |
| | **Total Taxes for 2023** | **2,222.81** | **0.00** |
| 2023 | A/V Property Tax | 2,138.00 | 0.00 |
| 2023 | Aquifer Principal HOUSE | 15.00 | 0.00 |
| 2023 | Soil Conservation Principal CNSV1 | 10.01 | 0.00 |
| 2023 | Stormwater Principal Spokane Valley RES1 | 58.00 | 0.00 |
| 2023 | Weed Control Principal WCWEED1 | 1.80 | 0.00 |
| | **Total Taxes for 2022** | **2,023.21** | **0.00** |
| 2022 | A/V Property Tax | 1,975.40 | 0.00 |
| 2022 | Aquifer Principal HOUSE | 15.00 | 0.00 |
| 2022 | Soil Conservation Principal CNSV1 | 10.01 | 0.00 |
| 2022 | Stormwater Principal Spokane Valley RES1 | 21.00 | 0.00 |

| Tax Year | Charge Type | Annual Charges | Remaining Charges Owing |
|---|---|---|---|
| 2022 | Weed Control Principal WCWEED1 | 1.80 | 0.00 |

**Tax Receipts**

| Tax Year | Receipt Number | Receipt Date | Receipt Amount |
|---|---|---|---|
| 2025 | 10363808 | 10/24/2025 | 1,393.69 |
| 2025 | 10128754 | 04/09/2025 | 1,393.68 |
| 2024 | 9951554 | 10/18/2024 | 43.40 |
| 2024 | 9758551 | 04/18/2024 | 768.60 |
| 2023 | 9566970 | 10/23/2023 | 1,111.41 |
| 2023 | 9463645 | 04/24/2023 | 1,111.40 |
| 2022 | 9171632 | 10/19/2022 | 1,011.61 |
| 2022 | 9058162 | 04/20/2022 | 1,011.60 |

# Disclaimer

We are pleased to give you online access to the Assessor's Office and Treasurer's Office property tax and valuation information. While we make every effort to produce and publish the most current and accurate information possible, portions of this information may not be current or correct. Neither Spokane County, the Assessor, nor the Treasurer makes any warranty, express or implied, with regard to the accuracy, reliability, or timeliness of information in this system, and shall not be held liable for losses caused by using this information. Any person or entity that relies on any information obtained from this system, does so at his or her own risk. Please feel free to contact us about any error you discover or to give comments and suggestions. Call the Assessor's Office at (509) 477-3698 or the Treasurer's Office at (509) 477-4713.

RCW 42.56.070 (9) prohibits the release of lists of individuals requested for commercial purposes. The requester expressly represents that no such use of any such list will be made by the user or its transferee(s) or vendee(s). I understand, acknowledge, and accept the statements above, and agree to adhere to the prohibitions listed in RCW 42.56.070 (9).