Spencer A.W. Stromberg, WSBA No. 23014
Fennemore Craig, P.C.
601 W. Riverside Ave., Suite 710
Spokane, WA 99201
Phone: (509) 455-3713
Fax: (509) 455-3718
Email: sstromberg@fennemorelaw.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In Re:<br><br>ALIA ZAIDI,<br><br>Debtor. | Case No. 25-01998-FPC7<br><br>Chapter 7 |

**DECLARATION OF AMBER JOHNSON IN SUPPORT OF ORDER FOR RELIEF FROM THE AUTOMATIC STAY**

I, Amber Johnson declare:

1. I am Chief Operating Officer of SNAP Financial Access, a secured creditor as described herein and this declaration is made based on my personal knowledge and the business records of SNAP Financial Access.

2. SNAP Financial Access ("Secured Creditor") is the Holder of a promissory note ("Note") in which the Debtor, Alia Zaidi, is the Maker, as follows:

| Note Date | Maturity Date | Principal | Security |
|---|---|---|---|
| May 27, 2021 | June 5, 2051 | $250,000.00 | 1st Priority Deed of Trust |

The document attached to the Motion for Relief from the Automatic Stay as Exhibit A is a true and correct copy of the Note.

DECLARATION IN SUPPORT OF ORDER FOR RELIEF FROM THE AUTOMATIC STAY– Page 1

3. The Note is secured by a Deed of Trust in which Secured Creditor holds the beneficial interests on certain real property (the "Property") described as follows:

*Legal Description:*
THE SOUTH 89 FEET OF LOT 12 AND THE SOUTH 89 FEET OF THE EAST 30 FEET OF LOT 11, BLOCK 11 UNIVERSITY PLACE, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME "Q" OF PLATS, PAGE 19, RECORDS OF SPOKANE COUNTY: SITUATE IN THE CITY OF SPOKANE VALLEY, COUNTY OF SPOKANE, STATE OF WASHINGTON.

Parcel No. 45204.1222

*Commonly Known Address:*
10623 East 10th Ave. Spokane Valley, WA 99206

The document attached to the Motion for Relief from the Automatic Stay as Exhibit B is a true and correct copy of the Deed of Trust.

4. Debtor is in default under the terms of the Note, having failed to pay the following amounts which are now in arrears:

a. Monthly payments of principal and interest from December 5, 2023 through January 5, 2026, in the total amount of $43,340.44;

b. Late fees for the payments due December 5, 2023 through January 5, 2026, in the amount totaling $2,634.46;

c. Failure to pay Tax and Insurance Reserves in the total amount of $9,348.50.

d. Including Secured Creditor's attorneys' fees and costs through November 30, 2025, the total arrearage is $78,246.08.

5. The sum owing on the obligation secured by the Deed of Trust is: Principal of $249,444.54, together with interest as provided in the Note or other instrument secured from May 27, 2021, and such other costs and fees, including attorney's fees, as are due

DECLARATION IN SUPPORT OF ORDER FOR RELIEF FROM THE AUTOMATIC STAY– Page 2

under the Note. The total owing through January 5, 2026 is $321,121.25,[1] which sum continues to increase due to accrual of interest, late fees, and attorneys' fees.

6.      The document attached to the Motion for Relief from the Automatic Stay as Exhibit C is a true and correct copy of the Spokane County Assessor's online property tax record for the subject property, Spokane County Tax Parcel 45204.1222, found at https://cp.spokanecounty.org/SCOUT/propertyinformation/Summary.aspx on January 9, 2026, showing an assessed value of $267,000 for the subject property.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this declaration was executed at Spokane, Washington on <u>January 12, 2026</u>.

SNAP FINANCIAL ACCESS

By: _____
Amber Johnson, COO

---

1 This sum only includes Secured Creditor's attorney's fees and costs through November 30, 2025.