Rene Erm II
Rene Erm II, P.L.L.C.
6 E. Alder, Suite 412
Walla Walla, WA 99362
509-529-2200

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:                                    )        Case No. 25-01998
                                          )
ZAIDI, Alia                               )        RESPONSE TO MOTION FOR RELIEF
                                          )        FROM STAY BY CREDITOR SNAP
              Debtor.                     )        FINANCIAL ACCESS
_____)

COMES NOW the above-named Debtor, by and through her attorney, Rene Erm II, and responds to the Motion for Relief from Stay of SNAP Financial Access as follows:

1.      SNAP Financial Access (hereinafter SNAP) claims that Debtor Alia Zaidi (hereinafter Zaidi) "materially understated debt and arrearage figures." However, Zaidi based the estimated amounts on mailings received from SNAP and SNAP has failed and refused to file a proof of claim in this matter. Thus, it is not possible for Zaidi to amend her filings without an official indication of debt. This is an issue apparently intentionally created by SNAP; if the amount is understated, then SNAP needs to prove that allegation nd file a proof of claim.

2.      Zaidi is the record owner of the real property in question, subject to the secured debt to SNAP. Clearly, so long as Zaidi maintains an ownership interest in the property and SNAP maintains a secured debt, then SNAP is a creditor of Zaidi.

3.      Zaidi is now current on plan payments, having tendered two full monthly payments, the only amounts due thus far, to the Chapter 13 Trustee in Memphis, Tennessee..

4.      The only bad faith filing in this matter is by SNAP; The fact that ;this is a two-party

- 1                                          Rene Erm II, P.L.L.C.
                                             6 East Alder, Suite 412
                                             Walla Walla, WA 99362
                                             (509) 529-2200

matter is not dispositive of anything; it happens all the time.  What is clearly in bad faith is SNAP's refusal to file a required proof of claim prior to raising this motion and to argue that the plan is insufficient for their claim when they refuse to state their claim.

5.     The property in question is the home of debtor and her family.  It is clearly necessary for an effective reorganization and it is disingenuous for SNAP to claim otherwise.

6.     This filing and plan documents were originally filed by a inexperienced attorney and were neither sufficient or accurate due to no fault of Zaidi.  In the process of emergently repairing the filing a miscommunication arose as to the nature of the disability claim of Zaidi.  Zaidi actually has two claims:

a.     a permanent disability claim with back amounts owed.  Zaidi has received approximately $40,000 with an additional amount of approximately $35,000 pending;

b.     Zaidi also has pended a personal injury accident against the driver of the vehicle that caused the auto accident giving rise to her permanent disability.  That claim, which may exceed $100,000, is fully exempt and available in this matter.

Accordingly, for the reasons stated, Zaidi requests the Courts deny the Motion for Relief from Stay and award attorney fees and costs for the bad faith filing of SNAP.

DATED this 21st day of January, 2026.

RENE ERM II, P.L.L.C.

/s/  Rene Erm II

_____
Rene Erm II,  WSBA 25299

- 2

Rene Erm II, P.L.L.C.
6 East Alder, Suite 412
Walla Walla, WA  99362
(509) 529-2200