Docusign Envelope ID: ECD5464F-596A-49F0-B2F9-9718545EB855

Spencer A.W. Stromberg, WSBA No. 23014
Fennemore Craig, P.C.
601 W. Riverside Ave., Suite 710
Spokane, WA 99201
Phone: (509) 455-3713
Fax: (509) 455-3718
Email: sstromberg@fennemorelaw.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>ALIA ZAIDI,<br><br>                     Debtor. | Case No. 25-01998-FPC7<br><br>Chapter 7 |

## THIRD DECLARATION OF AMBER JOHNSON IN SUPPORT OF ORDER FOR RELIEF FROM THE AUTOMATIC STAY

I, Amber Johnson declare:

1. I am Chief Operating Officer of SNAP Financial Access, a secured creditor as described herein and this declaration is made based on my personal knowledge and the business records of SNAP Financial Access. This Declaration updates the monetary amounts contained in my previous Declarations filed in this case (ECF No. 43 and 57).

2. Debtor is in default under the terms of the Note, having failed to pay the following amounts which are now in arrears:

    a. Monthly payments of principal and interest from December 5, 2023 through April 5, 2026, in the total amount of $48,341.26;

    b. Late fees for the payments due December 5, 2023 through March 5,

THIRD DECLARATION IN SUPPORT OF ORDER FOR RELIEF FROM THE AUTOMATIC STAY– Page 1
614006.0005 63925561.1

2026, in the amount totaling $2,737.33 (because of the payments received, as described in paragraph 3 below, late fees were not added for April 2026);

c.    Failure to pay Tax and Insurance Reserves in the total amount of $10,519.79.

d.    Including Secured Creditor's attorneys' fees and costs through March 31, 2026, the total arrearage is $96,296.05.

3.    SNAP Financial Access has received two checks from the Office of the Chapter 13 Trustee totaling $7,092.42: $4,728.28 dated March 10, 2026; and, $2,364.14 dated April 2, 2026. SNAP Financial Access has not negotiated these checks. Applied to the arrearage stated above, these funds would reduce the arrearage to $89,203.63.

4.    The sum owing on the obligation secured by the Deed of Trust is: Principal of $249,444.54, together with interest as provided in the Note or other instrument secured from May 27, 2021, and such other costs and fees, including attorney's fees, as are due under the Note. The total owing as of the date of this declaration (exclusive of attorney fees and costs incurred after March 31, 2026) is $338,648.17 after applying the payment described in paragraph 3 above.

5.    This figures stated above for the total arrearage and total owing include $2,033.70 of publication, recording, postage, and service costs that were inadvertently omitted from figures stated in my prior declarations.

////The remainder of this page is intentionally left blank////

THIRD DECLARATION IN SUPPORT OF ORDER FOR RELIEF FROM THE AUTOMATIC STAY– Page 2
614006.0005 63925561.1

Docusign Envelope ID: ECD5464F-596A-49F0-B2F9-9718545EB855

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this declaration was executed at Spokane, Washington on _4/8/2026_____.

SNAP FINANCIAL ACCESS

Signed by:

*Amber Johnson*

By: _____3CDE863735F94F4..._____
Amber Johnson, COO

THIRD DECLARATION IN SUPPORT OF ORDER FOR RELIEF FROM THE AUTOMATIC STAY– Page 3

614006.0005 63925561.1